# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

   **Plaintiff,**

   v.           Civil No. 17-589-DRH-SCW

**$99,480.00 IN UNITED STATES CURRENCY,**

   **Defendant.**

## STIPULATED ORDER FOR FORFEITURE AND FOR RETURN OF PROPERTY

Upon stipulation by the United States of America by and through its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and William E. Coonan, Assistant United States Attorney, and Jacek W. Lentz, Attorney for Maria Michelle Butrux and Maya Bauman, the Court hereby finds and orders as follows:

1. Jacek W. Lentz entered his appearance on behalf of Maria Michelle Butrux and Maya Bauman on September 22, 2017 [docs. 9 and 10].

2. All due notices required by law with respect to the forfeiture have been provided.

3. Maria Michelle Butrux and Maya Bauman agree that $74,610.00 of the $99,480.00 claimed by them shall be forfeited to the United States, and the $74,610.00 is hereby ordered so forfeited. The United States Marshal shall dispose of the $74,610.00 pursuant to law.

4. The remaining $24,870.00 shall be returned by the United States to

Maria Michelle Butrux and Maya Bauman through their attorney, Jacek W. Lentz, and the United States shall not seek any further forfeiture of the funds based on any activity which occurred prior to the entry of this Order. The return of the funds shall be processed through and subject to the Treasury Offset Program, which will mean that the $24,870.00 can and will be used towards satisfying other outstanding debts, if any, of Maria Michelle Butrux and/or Maya Bauman to the United States with only the balance, if any, of the $24,870.00 to be returned to the claimants through their attorney.

5. Maria Michelle Butrux and Maya Bauman warrant, that subject only to the right of the United States to forfeit the currency, they have at all relevant times been the sole owners of the $99,480.00 claimed by them and that there are no other liens or legal or equitable interests in same.

6. The execution of this agreement does not constitute any admission of wrongdoing or fact by any claimant or any other party except as otherwise expressly provided herein. This agreement is not admissible in any proceeding, civil or criminal, except for purposes of enforcing or interpreting the terms of the agreement.

7. This Order does not resolve, affect, or determine the income tax liabilities, if any, of the claimants with respect to any of the funds and the United States is making no representations herein concerning those liabilities, if any.

8. Maria Michelle Butrux and Maya Bauman hereby release and hold harmless the United States of America, all officers, agents, employees, and

attorneys of the United States of America, and any other law enforcement officers, from any and all damages or causes of action arising from the seizure of any of the subject-matter currency and the institution of forfeiture proceedings against the currency, including, but not limited to, any damages for loss of any interest, attorneys' fees, or litigation costs, further including but not limited to any amounts which could be imposed under 28 U.S.C. § 2465(b)(1). The parties stipulate, and the Court so finds, that there is reasonable cause for the seizure of the subject-matter property and that this order may serve as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

**IT IS SO ORDERED.**

Judge Herndon
2018.02.26
14:37:10 -06'00'

**United States District Judge**

Approved by:

*/s/ Maria Michelle Butrux w/consent*
MARIA MICHELLE BUTRUX, Claimant

*/s/ Jacek W. Lentz w/consent*
JACEK W. LENTZ, Attorney for Claimants
The Lentz Law Firm, P.C.
1200 Wilshire Blvd., Suite 406
Los Angeles, CA 90017

*/s/ Maya Bauman w/consent*
MAYA BAUMAN, Claimant

*/s/ William E. Coonan*
WILLIAM E. COONAN
Assistant United States Attorney