# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                          CIVIL NO. 17-589-DRH-SCW

**$99,480.00 IN UNITED STATES CURRENCY,**

    **Defendant.**

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to all interested parties, except Maria Michelle Mutrux and Maya Bauman, in the above case on the 26th day of March, 2018 [doc. 23], all in accordance with Rule 55(b) of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion as to the requested relief;

On the 2nd day of June, 2017, a Verified Complaint for Forfeiture [doc. 1] against the defendant, more further described as:

**$99,480.00 in United States currency**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the property constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. §§ 801 *et seq.*

1

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshals Service seized the property on July 6, 2017 [doc. 20];

That notice of this action was also published on an official government website ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning July 8, 2017 (See Notice of Filing of Declaration of Publication [doc. 21]).

That all interested parties, except Maria Michelle Mutrux and Maya Bauman, were defaulted on the 26th day of March, 2018, [doc. 23];

That on the 26th day of February, 2018 [doc. 19] a *Stipulated Order for Forfeiture and Return of Property* was filed wherein Maria Michelle Mutrux and Maya Bauman agreed to the forfeiture of $74,610.00 with the remaining $24,870.00 to be returned to claimants;

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment, pursuant to Fed.R.Civ.P. 55(b) and Decree of Forfeiture, the property, more further described as:

**$74,610.00 in United States currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as

described above.

**IT IS SO ORDERED.**

Judge Herndon
2018.05.25
14:44:04 -05'00'

United States District Judge